```
                                                            FILED
                                                      U.S. DISTRICT COURT
                                                      DISTRICT OF NEBRASKA

         IN THE UNITED STATES DISTRICT COURT         2008 JUN 23  PM 3: 13
              FOR THE DISTRICT OF NEBRASKA
                                                     OFFICE OF THE CLERK
UNITED STATES OF AMERICA,         )
                                  )                  4:08CR3092
              Plaintiff,          )
                                  )
    vs.                           )                  ORDER
                                  )
CHRISTOPHER CECIL LEON EVANS,     )
                                  )
              Defendant.          )
```

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT THEREFORE HEREBY IS ORDERED** that Frank Miner is appointed as attorney of record for the above-named defendant.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the defendant's attorney.

DATED June 23, 2008.

BY THE COURT

_____
Warren K. Urbom
United States Senior District Judge