IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3092 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER CECIL LEON EVANS, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　　IT IS ORDERED that Matthew Munderloh's motion for leave to withdraw as defense counsel (filing 51) is granted. The Federal Public Defender shall appoint new defense counsel for the defendant's Rule 35 matter.

　　　　DATED this 12th day of April, 2010.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge