IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3092 |
| V. | ) | |
| CHRISTOPHER CECIL LEON EVANS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     Kevin J. Oursland's motion for leave to withdraw as counsel (filing 54) is granted.

(2)     Jonathan M. Braaten is appointed to represent the defendant for purposes of the Rule 35(b) motion.  Counsel for the defendant remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw.

(3)     The Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 7th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge