IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3092 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER CECIL LEON EVANS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's self-surrender date is indefinitely suspended as he is currently in the hospital in serious condition. A new self-surrender date will be set when appropriate. The probation officer shall monitor the situation and keep the undersigned and counsel advised. The Clerk's Office shall provide the U.S. Marshal and Probation Officer J.R. Holder with a copy of this order.

DATED this 27th day of February, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge