IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3092 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER CECIL LEON EVANS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    I have been informed that Mr. Evans is out of the hospital and has allegedly broken the law again.

    IT IS THEREFORE ORDERED that the Clerk of Court shall issue a warrant for the arrest Mr. Evans.  U.S. Probation Officer JR Holder shall prepare and deliver the warrant to the Clerk for issuance.  Unless needed by state authorities, the U.S. Marshals Service shall deliver Mr. Evans to the federal prison designed by the Bureau of Prisons.

    DATED this 15th day of April, 2013.

                                                BY THE COURT:

                                                *Richard G. Kopf*
                                                Senior United States District Judge