IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3092 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CHRISTOPHER CECIL LEON EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The Clerk of Court shall file the letter from the Federal Bureau of Prisons dated February 15, 2014.

(2) Counsel for the parties shall file their response to the letter of the Bureau of Prisons no later than March 7, 2014.

(3) The Clerk of Court shall provide a copy of this order and the Bureau of Prison's letter to counsel of record.

Dated February 27, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge