IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3092 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER CECIL LEON EVANS, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

After hearing the views of counsel regarding the letter addressed to me by the Bureau of Prisons (filing no. 104),

IT IS ORDERED that:

1. The Bureau of Prisons should treat my sentence as a consecutive, and not a concurrent, sentence.

2. The Clerk shall mail a copy of this Order to the Bureau of Prisons at the address shown in filing number 104.

3. The defendant's Motion for Clarification of Sentence (filing no. 105) is denied.

DATED this 17th day of March, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge