IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3092 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER CECIL LEON EVANS, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the government's motion (filing no. 135) to dismiss the petition regarding an alleged violation of supervise release is granted, and the warrant is withdrawn. The Clerk shall provide the United States Marshals Service with a copy of the order.

    DATED this 21st day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge